

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

| | | |
|---|---|---|
| *Christine Goo* | *Suite 400* | *DIRECT: 410-209-4924* |
| *Assistant United States Attorney* | *36 S. Charles Street* | *MAIN: 410-209-4800* |
| *Christine.Goo@usdoj.gov* | *Baltimore, MD 21201-3119* | *FAX: 410-962-0717* |

June 1, 2021

The Honorable Catherine C. Blake
United States District Court for the District of Maryland
101 W. Lombard St.
Baltimore, MD 21201

  RE: United States v. Damont Brown
     Criminal Number CCB 19-576

Dear Judge Blake:

  This is the sixth status letter for the above-captioned case. The Government and defense counsel are still in plea negotiations at this time. The parties request an additional 30 days to finalize plea negotiations.

  Please let me know if there are any questions.

                Sincerely,

                Robert K. Hur
                United States Attorney

                _/S/_ *Christine Goo*
                Christine Goo
                Assistant United States Attorney

CC: Justin Eisele, Esquire